# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>HAREKIA CHANTE COLEMAN a/k/a "S-Dot" (DOB: 4/6/1979), 4105 Panther Creek Parkway, Durham, North Carolina 27704 | ) ) ) ) ) ) Case No. 1:19mJ117-1 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The person of defendant Harekia Chante Coleman

located in the _____Middle_____ District of _____North Carolina_____, there is now concealed *(identify the person or describe the property to be seized)*:
Buccal swabs for the purposes of obtaining a known DNA profile for comparison from defendant Harekia Chante Coleman

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g) | Felon in possession of a firearm. |

The application is based on these facts:
Please see attached affidavit, fully incorporated as if restated herein

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's Signature*

On this day, _____ appeared before me, was placed under oath, and attested to the contents of this Application for a Search Warrant.

Tanisha Jeter, ATF Special Agent
*Printed name and title*

Date: 4/5/19 1:30 pm

*Judge's signature*

City and state: Durham, NC

JOE L. WEBSTER, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In the matter of the search of<br>HAREKIA CHANTE COLEMAN<br>a/k/a "S-Dot" (DOB: 4/6/1979), 4105<br>Panther Creek Parkway, Durham,<br>North Carolina 27704 | Case No. 1:19MJ117-1 |

## AFFIDAVIT IN SUPPORT OF A
## SEARCH AND SEIZURE WARRANT

I, Tanisha M. Jeter, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to collect a buccal Deoxyribonucleic Acid ("DNA") swab saliva specimen (or, in the event buccal DNA sample cannot be collected, a blood sample) from HAREKIA CHANTE COLEMAN a/k/a "S-Dot", who is currently under the supervision of pretrial services and in the custody of Kendra Wilson at her residence located at 4105 Panther Creek Parkway, Durham, North Carolina 27704.

I am employed as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since 2015. I have been a sworn law enforcement officer since 2012 working in a criminal investigator capacity the length of my career. As a result of my employment, I have investigated

numerous felony charges for Federal Court. I have received extensive training and education in criminal investigations. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy. I have received special training in the enforcement of laws concerning possession of firearms and the trafficking of controlled substances. I have testified in state and federal judicial proceedings and prosecutions for violations of federal firearm laws.

As set forth herein, I believe there is probable cause to believe DNA samples from COLEMAN constitute evidence of violation of Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm by a Felon). This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

1. The defendant HAREKIA COLEMAN is a previously convicted felon and prohibited from possessing firearms. He had two 1998 convictions in Mecklenburg County Circuit Court in Boydton, Virginia for Distribution of Cocaine, a felony punishable by more than year of imprisonment.

2. On February 16, 2017, a deputy of the Warren County Sheriff's Office was parked at the Blue Store on North Main Street in Warrenton, North

Carolina, when he saw a car pull out in front of an oncoming vehicle and almost cause a wreck.

3. The officer initiated a traffic stop, but the car did not stop. Instead, it made a quick turn onto a side street and drove until coming to a stop in a driveway of a house.

4. The driver, later identified at HAREKIA COLEMAN, got out and walked to the front door of the house, ignoring the officer's commands to stop. Before entering the front door, he said he had not seen the officer and had to get his license out of the house. Officers later determined that COLEMAN had fled out of the back door.

5. COLEMAN had a passenger continued to stand by the car. This man identified the driver as S-Dot, which the officers knew to be COLEMAN's street name.

6. Officers smelled marijuana from the car as they passed it. They searched the car. In a book bag in the back seat, they found marijuana divided into multiple small bags, suboxone strips, and two bags of white substance. The State Crime Laboratory has since confirmed that the substances were powder cocaine and cocaine base.

7. Also in the book bag officers found a bag containing strips of paper. On each strip of paper had been written COLEMAN's alias "S-Dot," as well as a phone number that officers learned belonged to COLEMAN.

3

8. Under the passenger seat, officers found a Kel-Tek 9mm pistol, loaded with seven (7) rounds of ammunition. ATF Special Agent, Interstate Nexus Examiner, John Griffin has since examined the firearm and ammunition and determined that they were manufactured outside of North Carolina.

9. Prior to officer's searching the car, a female, later identified as COLEMAN's girlfriend, stepped out of a side door of the house. She walked to the car and reached under the driver's side seat (the opposite side from the recovered firearm), as if attempting to remove an item, before Officers ordered her to step away. She later denied to be reaching for the firearm. She claimed, however, that the firearm belonged to her and not to COLEMAN.

10. On August 28, 2018, a federal grand jury sitting in the Eastern District of North Carolina indicted COLEMAN on three counts based on the conduct summarized above. Count One charged COLEMAN with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g). Count Two charged COLEMAN with possessing with the intent to distribute crack cocaine, in violation of 21 U.S.C. § 841(a). Count Three charged COLEMAN with possessing a firearm in furtherance of the drug trafficking crime.

11. The arraignment for this case was held in the United States District Court for the Eastern District of North Carolina on February 15, 2019.

COLEMAN pled not guilty and continues to deny that he possessed the firearm. A DNA swab from COLEMAN is necessary to conduct a comparison with any DNA obtained from the firearm swab.

12. COLEMAN is currently on pre-trial release and being supervised in the Middle District of North Carolina. Pursuant to the conditions of his release, he resides with third party custodian Kendra Wilson at a residence in Durham, North Carolina.

13. While it is possible to obtain a usable sample of saliva when an individual expectorates, biological forensic analysts prefer the controlled sample of an individual's saliva by way of a buccal swab inserted briefly just inside the mouth and cheek area. This process takes less than one second per side of the mouth, and carries no risk of physical pain, injury, or embarrassment to the individual. In the event COLEMAN is not willing to have a buccal saliva sample collected, I submit that qualified medical personnel may be called upon to assist in the collection of a blood sample from COLEMAN. I submit that a reasonable amount of force by law enforcement personnel, or their designees, and/or prison staff may be used to obtain these samples.

14. Based upon my training and experience, the training and experience of other law enforcement officers with whom I have conducted investigations or had discussions, and the aforementioned factual information,

5

I respectfully submit that there is probable cause to conclude that a buccal DNA swab saliva specimen obtained from inside the mouth and cheek area of COLEMAN or a blood sample from COLEMAN would provide evidence of his possession of a Kel-Tek 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm by a Felon).

## CONCLUSION

I submit that this affidavit supports probable cause for a warrant to collect a buccal DNA swab saliva specimen (or a blood sample) from HAREKIA CHANTE COLEMAN.

This affidavit has been reviewed by Assistant United States Attorney Robert J. Dodson of the Eastern District of North Carolina and Assistant United States Attorney Nicole R. DuPre.

Respectfully submitted,

*[signature]*

Tanisha M. Jeter
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed before me this 5th day of April 2019. 1:30 PM

*[signature]*

THE HONORABLE JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA

## ATTACHMENT A

## DESCRIPTION OF THE PERSON TO BE SEARCHED

HAREKIA CHANTE COLEMAN, a/k/a "S-Dot", black male, black hair, brown eyes, date of birth: April 6, 1979, FBI ID: 822444FB8, NC State ID: 1550886A; NC Driver's License: 29199838. HAREKIA CHANTE COLEMAN, a/k/a "S-Dot", is currently in the custody of Kendra Wilson at her residence located at 4105 Panther Creek Parkway, Durham, North Carolina 27704.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence concerning the violation of Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm by a Felon), as follows:

Buccal DNA swab saliva specimen collected from HAREKIA CHANTE COLEMAN, a/k/a "S-Dot".

In the event a buccal DNA sample cannot be obtained, a blood sample from HAREKIA CHANTE COLEMAN, a/k/a "S-Dot".